No. 94–8907. MONDIE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8912. FUENTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8918. SWANK *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–8919. GARCIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8921. ATKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8924. SEATON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8925. RENDON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8926. MOSLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8930. HANLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8931. GROCE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8932. FORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8933. MAXIE *v.* HAMILTON. C. A. 9th Cir. Certiorari denied.

No. 94–8937. DIAZ-ARENAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8940. ESPOSITO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8942. GIL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8943. MCGRATH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.